AO 245D     (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| MILTON COOKS | Case Number:    3:05CR0052-CSC |
| | USM Number: |
| | KEVIN L. BUTLER |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s) ___1___ of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | POSITIVE DRUG SCREEN | 4/21/05 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    N/A

Defendant's Date of Birth:    00-00-63

JUNE 21, 2005
Date of Imposition of Judgment

_____
Signature of Judge

Defendant's Residence Address:
AUBURN, AL

CHARLES S. COODY, CHIEF U.S. MAGISTRATE JUDGE
Name and Title of Judge

June 23, 2005
Date

Defendant's Mailing Address:
AUBURN, AL

AO 245D     (Rev. 12/03 Judgment in a Criminal Case for Revocations
             Sheet 2— Imprisonment

Judgment — Page __2__ of __3__

DEFENDANT:        COOKS, MILTON
CASE NUMBER:      3:05CR0052-CSC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:   3 Months

It is ORDERED, that the term of probation imposed on 6/18/04 is REVOKED.

X   The court makes the following recommendations to the Bureau of Prisons:

That the Federal Bureau of Prisons designate the defendant to the Federal Prison Camp, Montgomery, AL

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____  ☐ a.m.  ☐ p.m.  on _____ .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: COOKS, MILTON
CASE NUMBER: 3:05CR0052-CSC

# TERMS FOR CRIMINAL MONETARY PENALTIES

The defendant was ordered to pay a $500.00 Fine and $25.00 Assessment fee imposed on June 18, 2004, in the Middle District of Georgia before being transferred to the Middle District of Alabama.

In accordance with the provisions 18 U.S.C. Section 3573 (amended November 18, 1988) for the remission of all the unpaid portion of the fine imposed on June 18, 2004, in this cause and all of the unpaid portion of the fine is hereby remitted.